TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-97-00676-CR

Norman John Herrera, Appellant

v.

The State of Texas, Appellee

FROM THE DISTRICT COURT OF LLANO COUNTY, 33RD JUDICIAL DISTRICT

NO. CR4708, HONORABLE JAMES C. ONION, JUDGE PRESIDING

PER CURIAM

Appellant's motion to dismiss this appeal is granted. See Tex. R. App. P. 42.2(a). The
appeal is dismissed.

Before Chief Justice Carroll, Justices Jones and Kidd

Dismissed on Appellant's Motion

Filed: January 23, 1998

Do Not Publish